No. 07-16-00136-CV

| | | |
|---|---|---|
| Joe B. Neuhoff and Nancy M. Neuhoff; Thomas H. Neuhoff and Judy A. Neuhoff; Robert V. Neuhoff and Andrea D. Neuhoff; and Boca Vail, Inc. | § § § § | From the 31st District Court of Wheeler County |
| Appellants | § | September 20, 2016 |
| v. | § | Opinion Per Curiam |
| Piranha Partners, Randolph Mundt, and Thomas H. Owen, Jr., Individually and as partners of Piranha Partners, and Charles Ray Owen | | |
| Appellees | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 20, 2016, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 31st District Court of Wheeler County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o